IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL SCOTT PRUITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 110-133 |
| | ) |
| MEDICAL COLLEGE OF GEORGIA HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss (doc. no. 14) is **GRANTED IN PART**, and this case is **DISMISSED** without prejudice. This case is **CLOSED**.

SO ORDERED this 22nd day of March, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA